UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCILLE S. WILLARD,

                Appellant,

v.

THOMAS C. FROST AS CHAPTER 13 TRUSTEE,

                Appellee.

No. 23-CV-6850 (KMK)

SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

    At the Conference held before the Court on November 14, 2023, the Court adopted a briefing schedule for Appellee's upcoming motion to dismiss. The Movant's motion is due by December 14, 2023. The response is due by January 15, 2024. The reply, if any, is due by January 29, 2024.

    The Parties are reminded that there is a strict page limit of 25 pages for opening briefs and 10 pages for replies. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    November 14, 2023
                White Plains, New York

                                                      KENNETH M. KARAS
                                                      UNITED STATES DISTRICT JUDGE